Submitted on record and briefs March 2, reversed April 18, 2007

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## JAMES LEE SCHWARTZ,
*Defendant-Appellant.*

Klamath County Circuit Court
0303226CR; A126815

157 P3d 312

Thane W. Tienson filed the brief for appellant. With him on the brief was Landye Bennett Blumstein LLP.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Anna M. Joyce, Assistant Attorney General filed the brief for respondent.

Before Edmonds, Presiding Judge, and Brewer, Chief Judge, and Wollheim, Judge.

PER CURIAM

**PER CURIAM**

Defendant appeals his conviction for criminal trespass while in possession of a firearm. ORS 164.265. Among other things, he argues that the trial court erred in denying his motion for a judgment of acquittal. The state concedes that, even viewing the evidence in the light most favorable to the state, the record contains insufficient evidence from which a rational trier of fact could have found each element of the crime beyond a reasonable doubt. We agree and accept the state's concession.

Reversed.